IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **BOBBY WAYNE LITTLE,** | ) |
| **Plaintiff,** | ) |
| vs. | )  1:99-cv-02446-JHH-RRA |
| **JAMES MIDDLETON, ET AL.,** | ) |
| **Defendants.** | ) |

### Memorandum of Decision

The Magistrate Judge entered an order stating that the special reports filed by the defendants would be treated as motions for summary judgment, and the plaintiff was given an opportunity to file summary judgment materials. The Magistrate Judge then entered a report and recommendation, recommending that all of the Plaintiff's claims be denied except the failure to protect claim against defendant Mitchell and the failure to provide medicine claims against Defendants Mitchell and Nanno. Defendants Nanno and Mitchell filed objections on September 13, 2005. Plaintiff filed an objection on September 23, 2005.

The Court has conducted a de novo review of the report and recommendation, as well as the entire court file, including the Defendants' and the Plaintiff's objections. The Court hereby **ADOPTS** and **ACCEPTS** the statements and

conclusions in the Magistrate Judge's Order as the Court's own, and the Court **OVERRULES** the Defendants' and Plaintiff's objections, for the reasons now stated.

In their objections, the Defendants insist that the Magistrate Judge was incorrect in that portion of his Report and Recommendation where, in his statement of facts, he notes: "Minutes before plaintiff was attacked, defendant Mitchell heard the inmates say that they would attack plaintiff when defendant Mitchell left the section." The Magistrate cites in support of this statement the Plaintiff's Complaint at page 3, and the Plaintiff's Amended Complaint at page 3. The Defendants contend that "[b]ecause the Plaintiff's Complaint and Amended Complaint were not sworn, he cannot rely upon these pleadings to resist the Defendants' properly supported Special Report." *Defendants' Objections to Report and Recommendation*, at 1-2 (citing *Adickes v. S.H. Kress & Co.*, 398 U.S. 144, 157-58 nn. 16 & 17 (1970) and Fed. R. Civ. P. 56(e)). The Complaint is made "under penalty of perjury," while the Amended Complaint is sworn and notarized. Both documents, therefore, are proper summary judgment evidence.

The Defendants also object to that portion of the Report and Recommendation concerning Defendants Mitchell and Nanno and the Plaintiff's medical claim. As to both Defendants, a review of the record shows that there is a material dispute of fact between the Plaintiff's testimony regarding his treatment, and the testimony of the Defendants.

The Plaintiff objects to the Report and Recommendation based on an alleged bias of the Magistrate, incorrect interpretation of the law, and improperly ignoring certain claims of the Plaintiff.  The Plaintiff's objections are without merit.

Wherefore, all claims are due to be denied except the failure to protect claim against defendant Mitchell and the failure to provide medicine claims against Defendants Mitchell and Nanna. An appropriate order will be entered.

**DONE** this the __28th__ day of October, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE